# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

STATE OF MISSOURI, STATE OF ARKANSAS, and STATE OF IOWA,

        *Petitioners*,

v.

MICHAEL REGAN, Administrator, U.S. Environmental Protection Agency, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and RADHIKA FOX, Assistant Administrator, U.S. Environmental Protection Agency,

        *Respondents*.

No. 23-1787

## INTERVENORS AMERICAN WATER WORKS ASSOCIATION'S AND NATIONAL RURAL WATER ASSOCIATION'S OPPOSITION TO RESPONDENTS' MOTION TO SUSPEND BRIEFING SCHEDULE

Intervenors the American Water Works Association and the National Rural Water Association (collectively, "Associations") oppose Respondents the U.S. Environmental Protection Agency, Michael Regan, and Radhika Fox's (collectively, "EPA's") motion to suspend the merits briefing schedule as set forth in this Court's April 17, 2023, Scheduling Order.

On March 3, 2023, EPA issued a final, immediately effective rule ("Cybersecurity Rule") requiring states with primary enforcement authority under the Safe Drinking Water Act ("SDWA") to evaluate the cybersecurity practices of

1

Appellate Case: 23-1787    Page: 1    Date Filed: 06/05/2023 Entry ID: 5283642

public water systems ("PWSs") while conducting periodic sanitary surveys. With the Cybersecurity Rule in immediate effect, PWSs, including the over 15,000 that Associations collectively represent, have already begun expending financial and operational resources to analyze their existing cybersecurity controls and to conform to EPA's new requirements stated in the Cybersecurity Rule and in its accompanying guidance document titled "Evaluating Cybersecurity During Public Water System Sanitary Surveys." *See* Intervenor Mot. at ¶¶ 6-7; *id.* at Ex. E, Decl. of Cynthia Lane, ¶ 19; *id.* at Ex. F, Decl. of Frank Dennis Offutt, ¶¶ 17-18. PWSs understand that if they do not conform their practices to the Cybersecurity Rule before their next periodic sanitary survey, a state may find a potential significant deficiency, which may trigger enforcement actions, revocation or suspension of operating permits, fines and penalties, and reputational harm. *See* Intervenor Mot. at ¶ 4 (citing 40 C.F.R. §§ 141.153(h)(6); 142.14(d)(17); 142.16(b)(1)(iii)); *id.* at Ex. J, Decl. of Jackie William Hinchey, Jr, ¶ 21; *id.* at Ex. I, Decl. of John R. Dunn, ¶ 22.

Accordingly, because Associations' members are already experiencing financial and operational harm as a result of the Cybersecurity Rule, Associations respectfully request that this matter proceed with the briefing schedule this Court ordered on April 17, 2023. Notwithstanding EPA's Motion to Transfer Venue to the D.C. Circuit, Associations are prepared to file their opening merits brief with this Court on June 12, 2023, and intend to also file a motion for preliminary injunction.

Unless and until this Court grants injunctive relief staying the effectiveness of the Cybersecurity Rule, further delay of the merits briefing schedule would unnecessarily extend the ongoing harm to Associations' members and would unnecessarily prolong resolution of this matter.

Date: June 5, 2023
Respectfully submitted,

*/s/ Corinne V. Snow*
Corinne V. Snow
Vinson & Elkins LLP
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Phone: (212) 237-0157
Email: csnow@velaw.com

*Counsel for American Water Works Association and National Rural Water Association*

# CERTIFICATE OF COMPLIANCE

1.      This motion complies with the word limit of Fed. R. App. P. 27(d)(2) because it contains 381 words, excluding the parts exempted by Fed. R. App. P. 32(f) and 27(d)(2).

2.      This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in Times New Roman 14-point font.

Date: June 5, 2023

Respectfully submitted,

*/s/ Corinne V. Snow*
Corinne V. Snow
Vinson & Elkins LLP
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Phone: (212) 237-0157
Email: csnow@velaw.com

*Counsel for American Water Works Association and National Rural Water Association*

# CERTIFICATE OF SERVICE

Pursuant to Rule 25 of the Federal Rules of Appellate Procedure, I hereby certify that on June 5, 2023, I electronically filed the foregoing *American Water Works Association and National Rural Water Association's Opposition to Respondents' Motion to Suspend Briefing Schedule* with the Clerk of the Court for the U.S. Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system, and served copies of the foregoing via the Court's CM/ECF system on all ECF-registered counsel.

Date: June 5, 2023

Respectfully submitted,

*/s/ Corinne V. Snow*
Corinne V. Snow
Vinson & Elkins LLP
1114 Avenue of the Americas
32nd Floor
New York, NY 10036
Phone: (212) 237-0157
Email: csnow@velaw.com

*Counsel for American Water Works Association and National Rural Water Association*