No. 23-1787

# United States Court of Appeals
## For the Eighth Circuit

STATES OF MISSOURI, ARKANSAS, AND IOWA,

*Petitioners*,

AMERICAN WATER WORKS ASSOCIATION AND NATIONAL RURAL WATER ASSOCIATION,

*Intervenors*,

v.

MICHAEL REGAN, IN HIS OFFICIAL CAPACITY AS ADMINISTRATOR OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY; U.S. ENVIRONMENTAL PROTECTION AGENCY, AND RADHIKA FOX, IN HER OFFICIAL CAPACITY AS ASSISTANT ADMINISTRATOR OF THE U.S. ENVIRONMENTAL PROTECTION AGENCY,

*Respondents*.

**PETITIONING STATES' OPPOSITION
TO MOTION TO SUSPEND BRIEFING SCHEDULE**

This Court should deny Respondents' motion to suspend the briefing schedule pending resolution of their motion to transfer the case to the D.C. Circuit because Respondents failed to supply good cause to stay the case. The Petitioning States and the Intervenors have filed oppositions showing that the transfer motion is meritless. Respondents

have failed to show that the Cybersecurity Rule meets the statutory definition of a National Primary Drinking Water Regulation (NPDWR) or pertains to the establishment of a NPDWR. *See* 42 U.S.C. § 300j-7. As such, venue is proper and transfer is inappropriate because the Petition challenges "any other final action" by the EPA under the Act. *Id.* As Respondents' request is predicated on the pendency of that motion, and they are unlikely to succeed, they have failed to show good cause.

Petitioning States also do not see any harm to Respondents proceeding in this Court while the motion is resolved. Respondents have no impending deadlines. Even should Intervenors and the States seek to stay the Cybersecurity Rule, any responsive deadlines would be several days later. And the States may need to request a short extension to accommodate client reviews and review the Administrative Record that was only disclosed last week (and not provided until June 1, 2023). The States will seek to resolve this Petition in a timely fashion.

Moreover, Respondents actions in issuing a final and immediately effective rule have caused disruptions and even harms. *See* Intervenors' Opp. to Suspend Briefing Schedule at 2. The States are also experiencing uncertainty and taking steps to understand the implications of the

Cybersecurity Rule. Weighed against these concerns, Respondents have shown no reason to suspend the briefing schedule.

For the foregoing reasons, the Court should deny Respondents' motion to suspend the briefing schedule.

Dated: June 5, 2023

Respectfully submitted,

**ANDREW BAILEY**
Missouri Attorney General

*/s/ Jeff P. Johnson*

Jeff P. Johnson, Mo. Bar No. 73249
 Deputy Solicitor General
Richard Groeneman,
Mo. Bar No. 57157
Timothy Duggan, Mo. Bar No. 27827
 Assistant Attorneys General
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel: (314) 340-7366
Fax: (573) 751-0774
Jeff.johnson@ago.mo.gov
*Counsel for Petitioner State of Missouri*

| | |
|---|---|
| **TIM GRIFFIN** <br> Arkansas Attorney General <br><br> Nicholas Bronni <br> Solicitor General <br> Dylan L. Jacobs <br>   Deputy Solicitor General <br> Michael A. Cantrell <br>   Assistant Solicitor General <br> Arkansas Attorney General's Office <br> 323 Center Street, Suite 200 <br> Little Rock, AR 72201 <br> Phone: (501) 682-2007 <br> Dylan.jacobs@arkansasag.gov <br> *Counsel for Petitioner* <br> *State of Arkansas* | **BRENNA BYRD** <br> Iowa Attorney General <br><br> Eric H. Wessan, IA #AT0014313 <br>   Solicitor General <br> Iowa Attorney General's Office <br> 1305 E. Walnut Street <br> Des Moines, IA 50319 <br> Phone: (515) 823-9117 <br> eric.wessan@ag.iowa.gov <br><br><br><br><br> *Counsel for Petitioner* <br> *State of Iowa* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                     */s/ Jeff P. Johnson*
                                     Jeff P. Johnson

## CERTIFICATE OF COMPLIANCE

I hereby certify that this response complies with the typeface and formatting requirements of Fed. R. App. P. 27 and 32, and that it contains 299 words as determined by the word-count feature of Microsoft Word.

                                     /s/ *Jeff P. Johnson*