# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-1787

State of Missouri, et al.

Petitioners

American Water Works Association and National Rural Water Association

Intervenors

v.

United States Environmental Protection Agency, et al.

Respondents

---

Petition for Review of an Order of the Environmental Protection Administration
(40 C.F.R. 141.16(b)(3) and (o)(2))

---

## ORDER

The motion for stay of the Environmental Protection Agency's March 3, 2023

memorandum pending disposition of the petition for review is granted.


July 12, 2023



Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans