# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

April 17, 2023

Mr. Jeff P. Johnson
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

RE:  23-1787  State of Missouri, et al v. EPA, et al

Dear Counsel:

We have received a petition for review of an order of the United States Environmental Protection Agency in the above case, together with electronic card payment in the amount of $500 for the docket fee.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

The petition has been filed and docketed. A copy of the petition is hereby served upon the respondent in accordance with Federal Rule of Appellate Procedure, 15(c).

Your attention is invited to the briefing schedule pertaining to administrative agency cases, a copy of which will be sent under separate Notice of Docket Activity. The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our website, the address of which is shown above. Counsel for both sides should familiarize themselves with the material and immediately confer regarding the briefing schedule and contents of the appendix.

Michael E. Gans
Clerk of Court

CMH

Enclosure(s)

cc: Mr. Andrew Bailey
    Ms. Brenna Bird
    Mr. Michael A. Cantrell
    Mr. Timothy Patrick Duggan
    Mr. Merrick B. Garland
    Mr. Tim Griffin
    Mr. Dylan L. Jacobs
    Mr. Steven Neugeboren
    Mr. Eric H. Wessan

    District Court/Agency Case Number(s): 40 C.F.R. 141.16(b)(3) and (o)(2)

**Caption For Case Number: 23-1787**

State of Missouri; State of Arkansas; State of Iowa

        Petitioners

v.

United States Environmental Protection Agency; Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency; Radhika Fox, in her official capacity as Assistant Administrator of the United States Environmental Protection Agency

        Respondents

**Addresses For Case Participants:   23-1787**

Mr. Jeff P. Johnson
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Mr. Andrew Bailey
ATTORNEY GENERAL'S OFFICE
221 W. High Street
P.O. Box 899
Jefferson City, MO  65102

Ms. Brenna Bird
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001

Mr. Michael A. Cantrell
ATTORNEY GENERAL'S OFFICE
Suite 200
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Timothy Patrick Duggan
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Mr. Merrick B. Garland
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue
Washington, DC  20530

Mr. Tim Griffin
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Steven Neugeboren
U.S. ENVIRONMENTAL PROTECTION AGENCY

Office of General Counsel
1200 Pennsylvania Avenue, N.W.
Washington, DC  20460

Mr. Eric H. Wessan
ATTORNEY GENERAL'S OFFICE
Hoover Building
1305 E. Walnut Street
Des Moines, IA  50319-0001