UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
**APPEARANCE OF COUNSEL**

Case Title: State of Missouri et al vs. Michael Regan, Administrator

**The Clerk will enter my appearance as Counsel in Appeal No.** 23-1787 for the following party(s): (please specify)

Michael Regan, in his official capacity as Administrator of the U.S. Environmental Protection Agency; the U.S. Environmental Protection Agency; and Radhika Fox, in her official capacity as Deputy Administrator of the U.S. EPA

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☑ Respondent(s) ☐ Amicus Curiae ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Sarah A. Buckley  s/: Sarah A. Buckley

Firm Name: U.S. Department of Justice, Environment & Natural Resources Division

Business Address: 150 M St. NE

City/State/Zip: Washington, D.C. 20002

Telephone Number (Area Code): 202-616-7554

Email Address: sarah.buckley@usdoj.gov

**CERTIFICATE OF SERVICE**

☑ I hereby certify that on 4/24/23, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: